UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HELIODORO BRYAN MARTINEZ,

Plaintiff,

v.

GARRET SCOTT, et al.,

Defendants.

Case No. 25-cv-09931-EKL

**ORDER OF DISMISSAL**

Plaintiff, a patient at Napa State Hospital, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On February 2, 2026, the Court dismissed the complaint with leave to amend after discussing the deficiencies of the filing. ECF No. 20. The time to file an amended complaint has passed and plaintiff has not submitted an amended complaint. The case is DISMISSED without prejudice for failure to state a claim as set forth in the prior order.

**IT IS SO ORDERED.**

Dated: March 18, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California